Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED- LN
May 2, 2025 9:57 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod /5/2

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

Southern Division

Case No. 1:25-cv-506
Hala Y. Jarbou
Chief U.S. District Judge

_(to be filled in by the Clerk's Office)_

**Leon Hawkins**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Joyce Meyer**
**Jimmy Swaggart**
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Leon Hawkins
- Street Address: 430 North Larch ST
- City and County: Lansing, Ingram
- State and Zip Code: MI 48912
- Telephone Number: 517-525-5599
- E-mail Address: Toneelisejuanita@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

the Power of the Federal courts to hear and decide cases which is limited by the U.S. Constitution and Federal Statutes.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Leon Hawkins, is a citizen of the State of *(name)* Michigan.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Leon Hawkins, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Joyce Meyer, is a citizen of the State of *(name)* Missouri. Or is a citizen of *(foreign nation)*

    b. If the defendant is a corporation

The defendant, (name) **Jommy Swaggart**, is incorporated under the laws of the State of (name) **Michigan**, and has its principal place of business in the State of (name) ~~Missouri~~ **Baton Rouge LA 70810**

Or is incorporated under the laws of (foreign nation) **LA 70810**

and has its principal place of business in (name) ~~Missouri~~ **LA 70810**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

$25,000 lost Home Automobile Furniture
$25,000 Clothing Dishes Refrigator, Water Heater Microwave Silverware Pots pan coffe pot Microwarve Beds, Picture, whats knock, everything we spent our Money on Fix Income for 15 years My Marrige, lost everything because Agenda Missing wife over two year

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Before Aug 10-22 on Friday My wife and I came Home Found that Some one came in to our Home pissed in our bed, on Augs 10-22 Rod Carpenter Joyce Meyer, Jimmy Swaggart Paul Jennkins Lylord Had Me Railroad under Rage, Ser gergative under that Agenda Looking Following Me, Ron Carpenter & Lylord Sit on Lees' Parking lot Just looking over at Me

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain + suffering from emotional + Anxiety cant sleep damages to My Marraige, damages Homeless put out on the streets live My Health, Mind My life, Havet seen or touch My wife every since these people Kinapp My wife, No one want Help

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-28-25

Signature of Plaintiff       *Leon Hawkins*

Printed Name of Plaintiff

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

First ten amendments to the U.S. constitution, collectively know as the Bill of Rights guarantee fundamental rights and liberties to citizens

Protect fundamental rights and freedom, including religious freedom, freedom of speech and the press the rights to bear arms and protection unreasonable searches and seizure

The United State Constitution

What do the 4th 5th 6th 8th and 14th to ensure that people are treated fairly

1. Legislative Branch 2 Executive Brach 3 Judical Brach 4 Relationships Between the State 5 Amending the Consitution 6. Supreme Law 7 Ratification 8 Cruel and unusual punic 9. unenumerated Rights 10 Rights Reserved to the Sta and People 11 Suits Against State 12 Election of President 13 Abolition of Slavery 14 Equal protection and other Rights 15 Rights of citizens to vote 16 Income Tax 17 Prohibition of Liquor 18 ~~Prop~~ Popular Election of Senators 19 Women Suffrage 20 Presidential Term an Succession

What did Martin Luther King JR do for the Civil Rights Movement

Why did M.L.K. JR Fights for civil Right, Civil Rights Movement

Leon Hawkins
430 North Larch ST
Lansing MI. 48912

 

Retail

U.S. POSTAGE PAID
FCM LG ENV
LANSING, MI 48933
APR 28, 2025
$2.04

48933

RDC 99

S2324H503825-32

Lansing Western District
07 Michigan United State
Disitric Court
113 Federal Bldg 315 W Allengan ST
Lansing MI 48933