UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON HAWKINS,

    Plaintiff,

v.

JOYCE MEYER, et al.,

    Defendants.
_____/

Case No. 1:25-cv-506

Hon. Hala Y. Jarbou

## ORDER

On May 7, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 6). The R&R was duly served on Plaintiff; Defendants have not been served. No objections have been filed, and the deadline for doing so expired on May 21, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date: May 23, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF U.S. DISTRICT JUDGE